UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORINO MARQUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>BRIGHT HEALTH GROUP, INC., G. MIKE MIKAN, CATHERINE R. SMITH, JEFFREY J. SCHERMAN, ROBERT J. SHEEHY, KEDRICK D. ADKINS JR., NAOMI ALLEN, JEFFREY FOLICK, LINDA GOODEN, JEFFERY R. IMMELT, MANUEL KADRE, STEPHEN KRAUS, MOHAMAD MAKHZOUMI, ADAIR NEWHALL, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., PIPER SANDLER & CO., NOMURA SECURITIES INTERNATIONAL, INC., and RBC CAPITAL MARKETS, LLC,<br><br>                        Defendants. | No. 1:22-cv-00101-LDH-MMH |

## **NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE**

Pursuant to Rule 1.4 of the Local Rules of Civil Procedure, the undersigned counsel, Marco A. Dueñas respectfully seeks leave of the Court to withdraw his appearance on behalf of the Lead Plaintiff Winston Van. As of June 8, 2023, the undersigned counsel is no longer employed by the firm of Labaton Sucharow LLP. However, the Lead Plaintiff Winston Van will continue to be represented by attorneys Jonathan Gardner, Alfred L. Fatale III, David Schwartz, and Charles Wood of Labaton Sucharow LLP, who currently have appearances on file in this

matter. In further support and in accordance with Local Rule 1.4, the undersigned counsel represents that he is not asserting a retaining or charging lien in this matter.

DATED: June 26, 2023 Respectfully submitted,

*/s/ Marco A. Dueñas*
Marco A. Dueñas