**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTORINO MARQUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>BRIGHT HEALTH GROUP, INC., G. MIKE MIKAN, CATHERINE R. SMITH, JEFFREY J. SCHERMAN, ROBERT J. SHEEHY, KEDRICK D. ADKINS JR., NAOMI ALLEN, JEFFREY FOLICK, LINDA GOODEN, JEFFERY R. IMMELT, MANUEL KADRE, STEPHEN KRAUS, MOHAMAD MAKHZOUMI, ADAIR NEWHALL, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., BOFA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., PIPER SANDLER & CO., NOMURA SECURITIES INTERNATIONAL, INC., and RBC CAPITAL MARKETS, LLC,<br><br>     Defendants. | Case No. 1:22-cv-00101-DH-MMH |

**NOTICE OF CHANGE OF FIRM NAME**

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective January 1, 2024, Labaton Sucharow LLP changed its name to the following:

**Labaton Keller Sucharow LLP**

**140 Broadway**

**New York, NY 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other Labaton Keller Sucharow LLP attorneys remain unchanged.

...

Dated: February 6, 2024

Respectfully submitted,

*/s/ Alfred L. Fatale III*
**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner
Alfred L. Fatale III
Charles Wood
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com
afatale@labaton.com
cwood@labaton.com

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of February 2024, a true and correct copy of the **NOTICE OF CHANGE OF FIRM NAME** was filed with the Court and served on all parties to this action via the CM/ECF.

DATED:   February 6, 2024
         New York, New York

                                          /s/ *Alfred L. Fatale III*
                                          Alfred L. Fatale III