UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTORINO MARQUEZ,

                      Plaintiff,                        JUDGMENT

      v.                                       22-cv-101 (LDH) (MMH)

BRIGHT HEALTH GROUP, INC., G. MIKE
MIKAN, CATHERINE R. SMITH, JEFFREY
J. SCHERMAN, ROBERT J. SHEEHY, KEDRICK
D. ADKINS JR., NAOMI ALLEN, JEFFREY
FOLICK, LINDA GOODEN, JEFFERY R.
IMMELT, MANUEL KADRE, STEPHEN KRAUS,
MOHAMAD MAKHZOUMI, ADAIR NEWHALL,
J.P. MORGAN SECURITIES LLC, GOLDMAN
SACHS & CO. LLC, MORGAN STANLEY & CO.
LLC, BARCLAYS CAPITAL INC., BOFA
SECURITIES, INC., CITIGROUP GLOBAL
MARKETS INC., PIPER SANDLER & CO.,
NOMURA SECURITIES INTERNATIONAL, INC.
and RBC CAPITAL MARKETS, LLC,

                      Defendants.
-------------------------------------------------------------X
       A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District

Judge, having been filed on November 1, 2024, granting Defendants' motion to dismiss

Plaintiff's Amended Complaint; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss Plaintiff's Amended

Complaint is granted.

Dated: Brooklyn, New York                  Brenna B. Mahoney
       November 1, 2024              Clerk of Court

                                By:     */s/Jalitza Poveda*
                                       Deputy Clerk